IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                               Criminal No.   2:21-cr-493

TAMMY SHIFFLETT

## ARRAIGNMENT PLEA

Defendant TAMMY SHIFFLETT

being arraigned, pleads __guilty__

in open Court this ___11___ day of ___Jan.___, 20_22_

_____
(Defendant's Signature)

_____
(Attorney for Defendant)