IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:21-cr-00493-MJH-1 |
| ) | |
| TAMMY SHIFFLETT ) | |

**DEFENDANT TAMMY SHIFFLETT'S MOTION TO CONTINUE SENTENCING**

COMES NOW, the Defendant, TAMMY SHIFFLETT, by her attorneys, GREENFIELD & KRAUT, and STANLEY W. GREENFIELD, Esquire, and moves the Court for an order continuing defendant's Sentencing, now scheduled for May 4, 2022, to August 4, 2022 or thereafter, for the reasons that the parties require more time to complete the exchange of important pretrial information.

WHEREFORE, Tammy Shifflett, requests an order continuing her Sentencing to August 4, 2022 or to such other time, thereafter, as suits the convenience of the court.

Respectfully submitted,

GREENFIELD & KRAUT

/s/ Stanley W. Greenfield, Esquire
Stanley W. Greenfield, Esquire
PA I.D. No. 00622
6315 Forbes Ave, Suite 110A
Pittsburgh, PA 15217
(412) 261-4466
Counsel for Defendant,
Tammy Shifflett